No. 7,936.—STATE EX REL. ANDRE ET AL., RELATORS, v. DISTRICT COURT ET AL., RESPONDENTS.

Decided January 23, 1939.

PER CURIAM.—By agreement of counsel for both parties herein it is ordered that the proceeding be dismissed.

*Messrs. Toomey, McFarland & Chapman,* for Relators.

*Messrs. Wellington D. Rankin* and *Arthur P. Acher,* for Respondents.